UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-CV-23126-UU

JOHN DOE,

 Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

 Defendant.

**AGREEMENT NOT TO SUE, RELEASE AND DISCLAIMER ("AGREEMENT")**

This Agreement is made between Publix Super Markets, Inc. ("Publix") and Raymond Desinor ("Plaintiff"), who agree upon a settlement of all issues involved herein as follows:

1. The parties recognize that Publix does not admit liability to Plaintiff, or to anyone else because of or growing out of matters set forth in the pleadings of Plaintiff in the above-entitled cause.

2. Publix agrees to pay, and Plaintiff agrees to accept, the sum of TWELVE THOUSAND FIVE HUNDRED AND NO/100THS DOLLARS ($12,500.00), less applicable deductions, to be paid as described below, and other good and valuable consideration as described below, and agrees to dismiss the above-captioned matter with prejudice, and Plaintiff hereby remises, acquits, releases, satisfies and discharges, on his own behalf and on behalf of anyone who could claim by and through him, Publix, its predecessors and successors in interest, assignees, parents, subsidiaries, divisions and related companies and entities, and their past, present and future shareholders, officers, directors, supervisors, managers, employees, agents, attorneys, insurers, and representatives (hereafter collectively referred to as "Publix"), in their

individual and official capacities, and their heirs and legal representatives, which Plaintiff and his heirs, executors, administrators, agents, distributees, beneficiaries, successors in interest and assignees from the beginning of the world to the date of Plaintiff's execution of this Agreement of any and all claims which were actually asserted or might have been asserted by Plaintiff under the above-captioned lawsuit. Plaintiff agrees to dismiss the above-captioned case with prejudice, and to never to file a lawsuit against Publix any reason released in this Agreement. The release does not purport to release any claims that may arise after Plaintiff executes the Agreement. *This is a limited release*

3. As part of this Agreement and a result of the payments made to Plaintiff by *solely for the lawsuit* Defendant, upon receipt of the proceeds referenced herein, Plaintiff acknowledges and avers that *claims in case 17-cv-2312 UU.* he has been paid all wages (including overtime compensation) and other compensation due to him from Publix for any reason, and that the compensation reflected herein fully compensates him for any unpaid wages, compensation, and/or overtime he would have been entitled to for his full limitations period.

4. Plaintiff declines to have any 401(k) deduction taken from his proceeds.

5. It is further agreed and understood that the total amount TWELVE THOUSAND FIVE HUNDRED AND NO/100THS DOLLARS ($12,500.00), less applicable deductions, will be paid in the following manner:

  a. Publix will present a single itemized check to Plaintiff allocated between wages and liquidated damages and costs. The amount of THREE THOUSAND FOUR HUNDRED SEVETY-SIX AND SEVENTY-FIVE 100THS DOLLARS ($3476.75) is allocated as non-wages and Publix will issue Plaintiff an IRS Form 1099 in that amount. Plaintiff will provide a completed IRS Form W-9 before the issuance of the check. The amount of THREE THOUSAND FOUR HUNDRED SEVETY-SIX AND SEVENTY-FIVE 100THS DOLLARS ($3476.75) is allocated as wages, and Publix will withhold applicable deductions from that amount. Plaintiff will provide a completed IRS Form W-4 before the issuance of the check. Publix will mail this check to Plaintiff's attorneys, Remer & Georges-Pierre PLLC.

  b. Publix will present a check in the amount of FIVE THOUSAND FIVE

HUNDRED FORTY-SIX AND FIFTY 100THS ($5,546.50), payable Remer & Georges-Pierre PLLC, based on Plaintiff's representation that his attorneys, Remer & Georges-Pierre PLLC, are entitled to this amount. Publix, at Plaintiff's request, will issue the check solely to Remer & Georges-Pierre PLLC and will issue an IRS Form 1099 for this amount to Remer & Georges-Pierre PLLC. In addition, Remer & Georges-Pierre PLLC will provide a completed IRS Form W-9 form before the issuance of a check. The check shall be mailed to Remer & Georges-Pierre PLLC.

        c.     **Plaintiff and Remer & Georges-Pierre PLLC acknowledge and agree that Publix is not required to make any payments under the Agreement until thirty-seven (37) days after receipt of the executed Agreement or thirty-seven (37) days after receipt of IRS Forms W-4 and W-9 executed by Plaintiff by Melanie Parrish Bonanno, Director of Employment Law, Publix Super Markets, Inc., 3300 Publix Corporate Parkway, Lakeland, FL 33811-3311, whichever occurs later.**

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**RAYMOND DESINOR AFFIRMS THAT HE HAS CAREFULLY READ THIS ENTIRE AGREEMENT AND FULLY UNDERSTANDS ALL THE TERMS OF THIS AGREEMENT INCLUDING, BUT NOT LIMITED TO, THE FACT THAT IT IS A FULL, COMPLETE, IRREVOCABLE AND UNCONDITIONAL RELEASE OF CLAIMS THAT HE MAY NOW HAVE AGAINST THE RELEASED PARTIES INCLUDING, BUT NOT LIMITED TO, THOSE CLAIMS ARISING OUT OF THE ALLEGATIONS, AND THAT HE EXECUTED THIS AGREEMENT VOLUNTARILY WITH FULL KNOWLEDGE OF ITS SIGNIFICANCE AND THE CONSEQUENCES THEREOF.**

_____
RAYMOND DESINOR

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to and subscribed before me this 21st day of February 2018, by RAYMOND DESINOR, who is [ ] personally known to me or [ ] who has produced _FLA DRivers License D256-720-64-063-0_ as identification].

_____[sign]
Type/Print Name of Notary_____
Notary Public – State of Florida
Commission #:_____
My Commission Expires:_____

PETER M. HOOKMAN
MY COMMISSION # FF 974789
EXPIRES: July 23, 2020
Bonded Thru Notary Public Underwriters

_2-21-18_
Date

REMER & GEORGES-PIERRE PLLC

By:_____
Print Name: _Jason Remer_
*Attorneys for Plaintiff*

_2-26-18_
Date

PUBLIX SUPER MARKETS, INC.

By:_____
Print Name: _Melanie Bonanno_
Title: _Director Employment Law_

Page 4 of 5

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

2/21/18
Date

By: EDMUND J MCKENNA
Print Name: 
*Attorneys for Defendant*

33032149.1